UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 26 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) Cause No. 1:16-cr- |
| AMANDA O. NAHRE, | ) 1 16-cr- 0209 SEB -DKL |
| *Defendant*. | ) |

# INFORMATION

## INTRODUCTION

The United States Attorney charges that:

### COUNT ONE

**(Bank Embezzlement)**
**[18 U.S.C. § 656]**

Beginning in or around June 2015 until on or about November 10, 2015, in the Southern District of Indiana and elsewhere, defendant,

**AMANDA O. NAHRE,**

then being an employee of J.P. Morgan Chase, the deposits of which were insured by the Federal Deposit Insurance Corporation, did knowingly embezzle money and funds of such bank in the

1

amount of $40,597.00, more or less.

All in violation of Title 18, United States Code, Section 656.

_____
JOSH J. MINKLER
United States Attorney
Southern District of Indiana

STATE OF INDIANA          )
                          )  SS:
COUNTY OF MARION          )


Cynthia J. Ridgeway, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

_____
Cynthia J. Ridgeway
Assistant United States Attorney


Subscribed and sworn to before me, a notary public, on this 26th day of June 2016.

_____
Guey Jen Yang
Notary Public

My Commission Expires:

June 27, 2022
_____

My County of Residence:

Hendricks
_____

