UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-cr-0209-SEB-DKL |
| | ) | |
| AMANDA O. NAHRE, | ) | - 01 |
| Defendant. | ) | |

## SCHEDULING ORDER

The Court hereby sets the above cause of action for an initial hearing on the Information filed on September 26, 2016 for **October 18, 2016 at 1:30 p.m. in courtroom 270**, Indianapolis, Indiana, before the criminal duty magistrate judge.

**SO ORDERED** this 29th day of September, 2016.

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the court's ECF system